|   |   |   |
|---|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney | **FILED** |
| 2 |   |   |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division | May 17 2024 |
| 4 | ADAM BARKL (CABN 349601)<br>Assistant United States Attorney | Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
adam.barkl@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 01-CR-200 AMO |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION TO CONTINUE TO** |
|   | ) **JUNE 11, 2024, AND ORDER** |
| WILLIAM ARNOLD MUNIZ | ) |
| Defendant. | ) |

This matter is currently set for a May 20, 2024, arraignment on an amendment to the May 25, 2016, Petition for Arrest Warrant for Offender Under Supervision ("Form 12"). Dkt. No. 82.

The defendant was brought into federal custody after he was arrested on a state charge that is currently pending in Alameda County Court (case no. 24-CR-002679). He made his initial appearance on the Form 12 on March 13, 2024, before your Honor. On March 20, he waived a detention hearing and waived a preliminary revocation hearing. The matter was set for April 15 before Judge Westmore for an arraignment on amendment to the Form 12. The April 15 hearing was held, but no amended petition had yet been signed and so the defendant was not arraigned. Judge Westmore set the case for May 20 for an arraignment on an amended petition. However, the defendant's state case is scheduled for a trial hearing on May 20, after which the defendant and the government expect to have a better idea

about the outcome of that case and will be better positioned to start working on a potential resolution of this case. Accordingly, the parties stipulate and request that the Court continue the May 20 hearing to June 11, 2024.

    The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

Respectfully submitted,

                                               /s/
                                    ADAM BARKL
                                    Assistant United States Attorney

                                             /s/
                                    MIRANDA KANE
                                    Attorney for Defendant

DATED: May 17, 2024

## ORDER

    Based upon the representations of counsel, this matter is **CONTINUED** to June 11, 2024, at 10:30 a.m.

    IT IS SO ORDERED.

DATED: May 17, 2024

                                    **HON. DONNA M. RYU**
                                    Chief United States Magistrate Judge